UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.        Case No.  05-cr-171-01-SM

<u>Kimberly Baez</u>

O R D E R

Defendant Baez's motion to continue the final pretrial conference and trial is granted (document 9).   Trial has been rescheduled for the February 2006 trial period.   Defendant Baez shall file a waiver of speedy trial rights not later than  December 2, 2005.   On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

  **Final Pretrial Conference:** January 24, 2006 at 3:30 p.m.

  **Jury Selection**: February 7, 2006  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 28, 2005

cc: William Christie, Esq.
    Helen Fitzgibbon, AUSA
    US Probation
    US Marshal